DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

KENNETH FIGGINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-3230

————————————————

February 18, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Elizabeth G. Rice, Judge.

PER CURIAM.

   Affirmed.

SILBERMAN, KELLY, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.